ACCEPTED
01-14-00898-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/6/2015 10:33:10 AM
CHRISTOPHER PRINE
CLERK

Number-01-14-00898-Cr
in the
Court of Appeals
for the
First District of Texas
at Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/6/2015 10:33:10 AM

CHRISTOPHER A. PRINE
Clerk

Number 1050633
In the 179th District Court
of Harris County, Texas

Jose Cristino Hernandez, Jr.
*Appellant*
V.
The State of Texas
*Appellee*

# Appellant's Motion to Extend Time to File His Original Brief

Appointed Counsel :
Ellis McCullough
TBN 13501000
4008 Louetta Road #365
Spring, Texas 77388
(281)433-9240

Comes now Ellis McCullough, Attorney of Record, for Appellant and would request additional time to prepare his Original Brief and would show:

1. The date for filing Appellant's Original Brief has past.

2. Counsel is writing the Original Brief in Richardson v. State and has several trial cases pending and would request an extension of forty five days to file Appellants Original Brief.

Wherefore Counsel prays for forty five days additional time to file Appellant's brief.

Respectfully Submitted,

/Ellis McCullough/
Ellis McCullough
TBN 13501000
4008 Louetta Rd., #365
Spring, Texas 77388
(281)433-9240